**R&C** | RUTHERFORD & CHRISTIE LLP
NEW YORK   ATLANTA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: MAR 1 6 2020

**SO ORDERED:**

March 16, 2020

Honorable George B. Daniels
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 11A
New York, New York 10007

MAR 1 6 2020

The March 17, 2020 status conference is adjourned to April 28, 2020 at 9:45 a.m.

*/s/ George B. Daniels*
HON. GEORGE B. DANIELS

Re:   *A.S. v. The Union of Orthodox Congregations of America, Inc. et al.*
Southern District of New York
Docket No.: 19-CV-11566
Our File No. 215.704

Dear Judge Daniels:

This office represents the Defendants in the above captioned case. This letter is submitted on behalf of all parties following a telephone conversation with the Court regarding rescheduling the Initial Pretrial Conference scheduled for tomorrow, March 17, 2020.

The parties jointly request that the conference be adjourned to April 28, 2020, at a time selected by the Court. The parties also jointly request that all scheduled depositions be adjourned, and new deposition dates be scheduled at the aforementioned conference.

Respectfully submitted,

RUTHERFORD & CHRISTIE, LLP

Adam C. Guzik, Esq.

CC:   Via ECF
Weinstein & Weinstein, LLP
Attorneys for Plaintiff
68-15 Main Street, 2nd Floor
Flushing, NY 11367
Attn: Jacob Z. Weinstein, Esq.

800 THIRD AVENUE
9TH FLOOR
NEW YORK, NY 10022-7649

T: (212) 599-5799 | F: (212) 599-5162
www.RutherfordChristie.com