UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
A S, *a minor child by and through Parent and Guardian Rachel Rosenbaum*,

         Plaintiff,

  -against-

THE UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA, INC., *a/k/a The Orthodox Union*, et al,

         Defendants.
------------------------------------- x

ORDER

19 Civ. 11566 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 28, 2020 conference is adjourned to August 4, 2020 at 9:45 a.m.

Dated: New York, New York
   March 24, 2020

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge