

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| A.S., as a minor child by and through Parent and Guardian RACHEL ROSENBAUM<br><br>　　　　　　　Plaintiffs,<br>-against-<br><br>THE UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA, INC. (A.K.A. THE ORTHODOX UNION); and YACHAD THE NATIONAL JEWISH COUNCIL FOR DISABILITIES,<br>　　　　　　　Defendants. | Case No. 19-CV-11566 (GBD) |

## [~~PROPOSED~~] DISCOVERY ORDER

**ORDERED:** Defendants are to furnish Plaintiffs with copies of all documents related to the individual identified as "Camper" within the Complaint within 30 days of this Order, subject to the following restrictions:

1. All information as to the identity of "Camper" shall be redacted; and

2. The documents are subject to the Stipulation and Protective Order entered into by the parties.

So Ordered:

*George B. Daniels*
Hon. George B. Daniels
U.S.D.J