UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                 :
A S, *a minor child by and through Parent and Guardian* :
*Rachel Rosenbaum*, :
                    Plaintiff, :
                 :     19-CV-11566 (JPC)
              -v- :
                 :     <u>ORDER</u>
THE UNION OF ORTHODOX JEWISH :
CONGREGATIONS OF AMERICA, INC. et al., :
                    Defendants. :
                 :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court is in receipt of Plaintiff's motion to amend, Dkt. 28; Defendants' opposition, Dkt. 31; and Plaintiff's reply, Dkt. 34.  The parties should be prepared to address the motion to amend, as well as any outstanding discovery issues, at the teleconference scheduled for April 27, 2021 at 10:00 a.m.  *See* Dkt. 25.  By April 16, 2021, Plaintiff must file a redline comparison of the operative pleading and the proposed amended pleading.

       SO ORDERED.

Dated: April 13, 2021
       New York, New York

                                       JOHN P. CRONAN
                                   United States District Judge