

The July 20, 2021 conference is adjourned to July 27, 2021 at 10:30 a.m. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

SO ORDERED.

Date: July 6, 2021
New York, New York

JOHN P. CRONAN
United States District Judge

July 6, 2021

Honorable John P. Cronan
United States District Court, Southern District of New York
500 Pearl Street,
New York, New York 10007

        Re: *A.S. v. The Union of Orthodox Jewish Congregations et al.*
            Southern District of New York
            Docket No.: 19-CV-11566 (JPC)
            Our File No. 0215.704

Dear Judge Cronan:

    My office represents the Defendants in the above-captioned matter. On July 6, 2021, you issued an Order granting our request for an extension of time to respond to Plaintiff's letter Motion for Discovery, and setting a conference date for July 20, 2021 to discuss the issues raised in Plaintiff's letter.

    This letter is to respectfully request an adjournment of the July 20, 2021 conference as I will be out of the office on vacation from July 14 to July 23. Plaintiff's counsel consents to the adjournment and both parties are available to reschedule from July 26 to July 29 at the Court's convenience.

                          Respectfully submitted,

                          **RUTHERFORD & CHRISTIE, LLP**

                          Adam C. Guzik, Esq.

CC:    Via ECF
        Weinstein & Weinstein, LLP
        499 Chestnut Street, Suite 213
        Cedarhurst, New York, 11516

800 Third Avenue
9th Floor
New York, NY 10022-7649

T: (212) 599-5799 | F: (212) 599-5162
www.RutherfordChristie.com