UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                :
A.S., a minor child by and through Parent and Guardian   :
Rachel Rosenbaum,                                   :
                :
              Plaintiff,         :         19 Civ. 11566 (JPC)
                :
      -v-                        :          <u>ORDER</u>
                :
THE UNION OF ORTHODOX JEWISH                :
CONGREGATIONS OF AMERICA, INC., *et al.*,    :
                :
              Defendants.      :
                :
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      By letter dated June 28, 2021, Plaintiff moved to compel production of "five documents, each labeled a 'litigation report'" on Defendants' privilege log. Dkt. 43 at 2. Defendants opposed the motion by letter dated July 12, 2021. Dkt. 48. On July 27, 2021, the Court held a telephonic conference at which the Court granted leave for the parties to file supplemental briefing on the issue of waiver. The parties did so on August 10, 2021 and August 24, 2021. Dkts. 51, 54.

      Within one week of the filing of this Order, Defendants shall submit to the Court for *in camera* review the five documents listed on their privilege log dated June 17, 2021 that Defendants seek to withhold from Plaintiff: (i) "Joe Goldfarb Litigation Report"; (ii) "Shimon Stroll Litigation Report"; (iii) "Esti Baum Litigation Report"; (iv) "Rafi Setnick Litigation Report"; and (v) "Avrohom Adler Litigation Report."

Defendants are respectfully directed to submit these materials either by email to CronanNYSDChambers@nysd.uscourts.gov or by hand delivery to Chambers and, if so, Defendants should contact Chambers to coordinate delivery.

SO ORDERED.

Dated: October 6, 2021
      New York, New York

_____
JOHN P. CRONAN
United States District Judge