UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                               :
A.S.,                                   :
                               :
                Plaintiff,        :
                               :                                          19 Civ. 11566 (JPC)
              -v-                     :
                               :                                               ORDER
THE UNION OF ORTHODOX JEWISH      :
CONGREGATIONS OF AMERICA, INC *et al.*,   :
                               :
                Defendants.   :
                               :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On December 23, 2021, the parties filed the following letters on the docket: (1) Plaintiff's letter requesting an adjournment of the December 27, 2021 deadline to February 10, 2022 for the parties to file a joint letter advising the Court whether any party anticipates moving for summary judgment, and to reopen fact discovery in this action, Dkt. 60; (2) Defendants' opposition to Plaintiff's letter, Dkt. 61; (3) Plaintiff's letter motion to compel, Dkt. 62; and (4) Defendants' letter motion requesting a conference in advance of their anticipation motion for summary judgment.

       It is hereby ORDERED that, by December 29, 2021, Defendants shall respond to Plaintiff's letter motion to compel, Dkt. 62, and Plaintiff shall respond to Defendants' letter motion for a conference concerning their anticipated motion for summary judgment, Dkt. 63.  The parties shall appear by telephone for a conference on January 4, 2022 at 10:00 a.m.  At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.  The December 27, 2021 deadline for the parties to submit a joint status letter, *see* Dkt. 59, is adjourned *sine die*.

The Clerk of Court is respectfully directed to close the letter motions pending at Docket Numbers 60, 62, and 63.

SO ORDERED.

Dated: December 27, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge