UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
A.S.,                                                                  :
:
                     Plaintiff,                                     :
:     19 Civ. 11566 (JPC)
     -v-                                                            :
:     ORDER
:
THE UNION OF ORTHODOX JEWISH                                           :
CONGREGATIONS OF AMERICA, INC *et al.*,                                :
:
                     Defendants.                                    :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court has been advised that the parties have reached an agreement to settle this action and the parties have filed a stipulation of dismissal of Plaintiffs' claims with prejudice. Dkt. 73. Local Civil Rule 83.2(a)(1) requires the parties to obtain the Court's approval before settling an action by or on behalf of a minor. This is to ensure that the proposed settlement is in the infant's best interests and the proposed attorney's fees and costs are reasonable. *See T.H. v. New York City Dep't of Educ.*, 99 F. Supp. 3d 394, 396 (S.D.N.Y. 2015). Accordingly, it is hereby ORDERED that Plaintiff shall submit any materials in support of the Court's approval of the settlement, along with a proposed infant compromise order, by June 1, 2022.

       SO ORDERED.

Dated: May 2, 2022
       New York, New York
                                                               JOHN P. CRONAN
                                                             United States District Judge