**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X

A.S., a minor child by and through Parent and Guardian
RACHEL ROSENBAUM,   **Civil Action No.:**
                             Plaintiff,   19-CV-11566 (JPC)

      -against-

THE UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA, INC. (A.K.A. THE ORTHODOX UNION); and YACHAD: THE NATIONAL JEWISH COUNCIL FOR DISABILITIES,

                             Defendants.
-----------------------------------------------------------------------X

[PROPOSED]

## INFANT COMPROMISE ORDER

Upon review of the Deceleration of Rachel Rosenbaum, the parent and natural guardian of A.S., plaintiff in this action, dated May 27, 2022, and upon the review of the Deceleration of Jacob Z. Weinstein of Weinstein & Weinstein, LLP, dated May 26, 2022, and exhibit(s) attached thereto, it appearing the best interest of the infant plaintiff in this action is for this court to approve the agreed-upon settlement.

**ORDERED**, that Rachel Rosenbaum, as mother and natural guardian of the infant plaintiff A.S. is and shall be authorized and empowered to settle and execute general releases in this action for the total sum of $125,000.00 (the "Settlement Funds").

**ORDERED**, that $60,449.83 shall be paid from the Settlement Funds to Rachel Rosenbaum, as mother and natural guardian of A.S., to be deposited in an account at TD Bank for the sole use and benefit of A.S. with the following conditions:

   a. said account shall be at the direction of Rachel Rosenbaum, as mother and natural guardian of A.S.;

   b. Funds from said account, up to the amount of $30,000, may be conservatively invested in securities traded on an accredited exchange;

   c. Funds from said account may be used to pay for A.S's special needs summer camp, therapy, and psychologist.

**ORDERED**, that the said bank shall, upon A.S.'s demand therefor and upon presentation of proper proof of age, and without further Court Order, pay over to the infant when infant reaches the age of eighteen years, all money so held, and it is further

**ORDERED**, that the total sum of $64,550.17 is to be paid from the above-mentioned settlement funds to Weinstein & Weinstein, LLP which is comprised of Legal Fees in the amount of $41,662.50 and reimbursement of expenses during the prosecution of this case in the amount of $22,887.67. And it is further

**ORDERED**, that the settlement agreement, entered into on March 14, 2022 shall be deemed fully executed as of the below date. And it is further

**ORDERED**, the Clerk of the Court is directed to close this matter.

SO ORDERED

Dated: June 2, 2022
New York, New York

John P. Cronan
United States District Judge